UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: _Naomi L. Gonzalez_ )
) Chapter 13
) Case No. _14-41138-MSH_
Debtor(s) )
)

**MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS**

Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to _AUG. 29_, 20_14_.
As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before _Copies of Federal Tax Returns each year during the pendency of the Plan_

2. The Debtor(s) shall file the following on or before _____, 20_____.
   _____ Amended Plan          _____ DSO/Tax Affidavit
   _____ Amended Schedules _____
   _____ Other _____

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case may be dismissed without further Order or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_____   _____   X_____
Chapter 13 Trustee         Attorney for Debtor(s)    Debtor(s)
                           David R. Chenelle, Esq.,  Naomi Gonzalez

SO ORDERED: _Melvin S. Hoffman_     06/30/2014
            U.S. Bankruptcy Judge        Dated